**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JASON FRANCO, ABIGAIL FRANCO, MISTY M. LACY, and JOHN D. BAKER individually and on behalf of all other similarly situated class and subclass members,

Plaintiffs,

v.

CHOBANI, LLC,

Defendant.

Case No. 1:23-cv-3047

Honorable John J. Tharp, Jr.

**DECLARATION OF ERIK J. IVES**

I, Erik J. Ives, do hereby declare and state:

1. I am an attorney with the law firm Fox, Swibel, Levin & Carroll, LLP, and counsel for Defendant Chobani, LLC ("Chobani") in the above-captioned case. I respectfully submit this declaration in support of Chobani's Motion to Dismiss. Unless otherwise stated, I have personal knowledge of the matters stated below, and if called upon to do so, I could and would testify as to those facts.

2. Attached hereto as Exhibit A is a true and correct copy of the FDA's Final Guidance, entitled the "*The Declaration of Allulose and Calories from Allulose on Nutrition and Supplement Facts Labels: Guidance for Industry*" which is referred to in the Complaint, Complaint at 21–26, and is also attached to Plaintiffs' Complaint as Exhibit 2. Highlighting has been added by counsel.

3. Attached hereto as Exhibit B is a true and correct copy of Chobani's "Application for Temporary Market Permit for Products Deviating from the Yogurt Standard of Identity" dated January 19, 2022 and addressed to Dr. Claudine Kavanaugh, a director at the FDA's Office of Nutrition and Food Labeling. The document is publicly available by clicking a hyperlink on the word "here" on Chobani's "Learn more about our Zero Sugar* Greek Yogurt: here.*" section of its Zero Sugar webpage. Highlighting has been added by counsel.

4. Attached hereto as Exhibit C is a true and correct copy of the Federal Register, 88 Fed. Reg. 18322-01 (Mar. 28, 2023), entitled "Yogurt Products Deviating From Standard of Identity; Temporary Permit for Market Testing." Highlighting has been added by counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of July, 2023, in Chicago, Illinois.

____________________

Erik J. Ives