# Exhibit B

Chobani.

**VIA ELECTRONIC MAIL**

January 19, 2022

**Team Leader, Dr. Claudine Kavanaugh,**
**Director, CFSAN, Office of Nutrition and Food Labeling Food and Drug Administration**
**10903 New Hampshire Avenue**
**Silver Spring, MD 20993**
**claudine.kavanaugh@fda.hhs.gov**

RE:     Application for Temporary Market Permit for Products Deviating from the Yogurt Standard of Identity

Dear Dr. Claudine Kavanaugh:

On behalf of Chobani, LLC, we respectfully submit this application for a temporary market permit (TMP), pursuant to 21 C.F.R. 130.17, to market test lower fat yogurt deviating from the general definition and standard of identity (§ 130.10) and yogurt deviating from the yogurt standard of identity (§ 131.200) by using ultrafiltered nonfat milk as a basic dairy ingredient under § 131.200(b).

Chobani, LLC is a food maker with a mission of making high-quality and nutritious food accessible to more people, while elevating our communities and making the world a healthier place. In short: making good food for all. In support of this mission, we are values-driven, people-first, food-and-wellness-focused company, and have been since Hamdi Ulukaya, an immigrant to the U.S., founded the company in 2005. We produce yogurt, oat drinks, dairy- and plant-based creamers, ready-to-drink coffee, and plant-based probiotic drinks. Chobani yogurt is America's No.1 yogurt brand[1], and it's made with only natural ingredients without artificial preservatives.

Chobani supports the Food and Drug Administration's (FDA) diligent work on revising the yogurt standard of identity, yet we believe that there may be additional opportunities to promote innovation and provide flexibility in manufacturing yogurts that meet consumer demands for more healthful foods. Consistent with prevailing sentiment of FDA's September 2019 meeting on Food Standards of Identity Modernization and subsequent November 2021 guidance on TMPs[2], Chobani's TMP application is an approach to utilize existing regulatory tools to market test more healthful yogurt innovations, while protecting consumers expectations about the basic nature and essential characteristics of this food.

Specifically, our TMP application delineates a deviation from the basic dairy ingredient provision of yogurt standard of identity (§ 131.200(b)). This deviation would permit the manufacture of yogurts using ultrafiltered nonfat milk as the basic dairy ingredient. Consumers can distinguish this deviation in manufacturing from traditional yogurts using the list of ingredients, wherein the "ultra-filtered nonfat milk" ingredient would be declared as such according to its common or usual name[3].

Chobani maintains that the changes sought by this TMP application are likely to result in several advantages to consumers. Traditionally, dairy foods have been deemed important for their role in providing essential nutrients, which is why they are recommended parts of healthy eating patterns according to the *2015-2020 Dietary Guidelines for Americans*[4]. Nonfat yogurts made from ultrafiltered milk can deliver levels of essential nutrients which are consistent with other foods which count towards Americans overall consumption of dairy for the purposes of dietary monitoring and guidelines development[5]. As further described

**Chobani.**

below, the use of ultrafiltered milk as a basic ingredient can provide additional public health and nutrition benefits to consumers through the reduction or elimination of the total sugars and lactose in the finished product through a natural physical process.

Furthermore, the changes requested by this TMP may result in harmonization with international standards for manufacturing yogurt as well as with other North American countries standards for yogurt, including Canada and Mexico, which increases consistency for consumers across these markets. FDA has taken similar approaches to allowing ultrafiltered milk in the manufacture of other standardized dairy foods, including cottage cheese (via a TMP to Well's Dairy[6]) and in other standardized cheeses (via a 2005 proposed rule to permit the use of Ultrafiltered milk)[7]. Therefore, Chobani believes that permitting the use of ultrafiltered milk in yogurt making would bring benefits to consumers and would increase flexibility and efficiency in the manufacture of yogurt.

The specific information required by § 130.17 is set forth below:

(1) Name and address of the applicant

Chobani, LLC
669 County Rd 25
New Berlin, NY 13411

(2) A statement of whether or not the applicant is regularly engaged in producing the food involved

Chobani, LLC is regularly engaged in producing yogurts.

(3) A reference to the applicable definition and standard of identity (citing applicable section of regulations)

The TMP application delineates a deviation from the basic dairy ingredient provision of amended yogurt standard of identity (§ 131.200(b)).

(4) A full description of the proposed variation from the standard

The test products deviate from the aforementioned standards of identity through the utilization of ultrafiltered nonfat milk as a basic dairy ingredient and through the addition of water and non-nutritive sweeteners.

(5) The basis upon which the food so varying is believed to be wholesome and non-deleterious

The test products are equally as wholesome and non-deleterious as their traditional counterparts. Ultrafiltered nonfat milk, like the other basic dairy ingredients permitted by the yogurt standard, are governed by provisions of the Pasteurized Milk Ordinance (PMO). In addition, the PMO prescribes specific quality and sanitation standards for the addition of water to Grade A products. The regulatory principals governing milk and milk ingredient sanitation and quality result in no deleterious effects to safety or the sensory quality of the final product. Finally, the non-nutritive sweeteners used in the product (allulose, stevia leaf extract, and monk fruit extract) have general recognition of safety through scientific procedures demonstrated via GRAS notices submitted to FDA and have a long history of safe use in yogurt products.

**Chobani**

(6) <u>The amount of any new ingredient to be added; the amount of any ingredient, required by the standard, to be eliminated; any change of concentration not contemplated by the standard; or any change in name that would more appropriately describe the new product under test. If such new ingredient is not a commonly known food ingredient, a description of its properties and basis for concluding that it is not a deleterious substance</u>

The new ingredients included in the formulation of the test products are:
    (i)    ultra-filtered nonfat milk, which is produced by passing nonfat milk through membranes that remove many of the natural sugars and concentrates the protein and minerals, and used in a quantity sufficient to exceed the minimum required 8.25 percent milk solids nonfat,
    (ii)    water, which is functional to reconstitute the concentrated form of ultrafiltered milk, and used in a quantity that is sufficient to reconstitute the concentrated material to fluid form (i.e., achieves a specified water:solids ratio and a desired protein concentration in finished food) and,
    (iii)    the non-nutritive sweeteners allulose, stevia leaf extract (reb m), and monk fruit extract, which function as sweeteners and are used within the limits described in their respective GRAS notices submitted to FDA.

Together, both ultrafiltered milk and nonfat milk ingredients contribute a sufficient level of lactose for effective and efficient fermentation, reaching the pH/titratable acidity requirements for yogurt and achieving a characterizing level of traditional yogurt cultures (*Lactobacillus delbrueckii* ssp. *Bulgaricus* and *Streptococcus thermophilus*).

(7) <u>The purpose of effecting the variation</u>

The purpose of effecting the variation is to, through an efficient and sustainable manufacturing process: (i) reduce lactose via a natural physical process, (ii) achieve an excellent source of high-quality protein, (iii) decrease the naturally occurring sugar content of traditional yogurts, and (iv) conform to the minimum requirement of 8.25% milk solids nonfat. The benefits of using ultrafiltered milks in yogurt making are consistent with those recognized by FDA in the processing of cheese in their 2005 proposed rule[7]. These benefits come without adversely affecting the physical, chemical, or organoleptic properties of the yogurt.

(8) <u>A statement of how the variation is of potential advantage to consumers. The statement shall include the reasons why the applicant does not consider the data obtained in any prior investigations which may have been conducted sufficient to support a petition to amend the standard</u>

There are no prior data available on this variation to support a petition to amend the yogurt standard at this time.

Chobani maintains that using ultrafiltered nonfat milk in the manufacture of yogurt has several advantages to consumers, namely:
    a)    **Decreasing the naturally occurring sugar content:** 72% of adults are seeking to limit or reduce sugar intake[8]. An approach to lowering the amount of sugar in yogurts is helpful for consumers who are looking to reduce the amount of this component in their diet or adhere to lifestyle, medical, or other dietary restrictions on sugar.
    b)    **Reducing lactose to below limits of detection through a natural physical process:** avoiding lactose is a priority for many for consumers, include the estimated 68% of the world's population who experience lactose malabsorption[9].

c) **Efficiently increasing the high-quality, naturally occurring protein content**: over 60% of adults report trying to consume more protein[8]; the test product contributes nearly a quarter of the daily recommended intake of protein (22% DV) in a high-quality, complete form, while avoiding added sugars and lactose, which is important for special populations like those with diabetes or lactose malabsorption. Moreover, protein consumption becomes especially important for older adults (those over 60) to maintain muscle mass and prevent sarcopenia[4].

d) **Continuing to meet healthy dietary patterns:** lowfat and nonfat yogurts are recommended parts of healthy dietary patterns, according to the *2015-2020 Dietary Guidelines for Americans*[4]. Yogurts made from ultrafiltered milk can deliver levels of essential vitamins and minerals that consumers have come to expect from yogurts and are consistent with the types of foods which count towards Americans overall consumption of dairy for the purposes of dietary monitoring and guidelines development[5]. Table 1 illustrates the changes in nutrients expected during the ultrafiltration of nonfat milk according to internal Chobani testing and data available via the USDA Food Data Central (FDC) database.

**Table 1**
**Nutrients Increased in Nonfat Ultrafiltered Filtered Milk compared to Nonfat Milk**

| Nutrient per 100 g | Ultrafiltered Nonfat Milk | Nonfat Milk (USDA FDC ID: 171269) | Comments |
|---|---|---|---|
| Protein (g) | 15.7 | 3.37 | High quality protein, with a protein digestibility-corrected amino acid score (PDCAAS) above 1. Adult consumers are trying to consume more protein[8] |
| Calcium (mg) | 344 | 122 | Nutrient of public health concern per the *2015-2020 Dietary Guidelines for Americans*. Important for bone & teeth health[10] |
| Vitamin B12 (mcg) | 1.63 | 0.5 | As a cofactor for enzymes, vitamin B12 is important for converting food into energy[10] |
| Magnesium (mg) | 17.2 | 11 | An under consumed nutrient per the *2015-2020 Dietary Guidelines for Americans*. Important for immune function & energy production[10] |
| Vitamin B6 (mg) | 0.05 | 0.037 | Important for immune function & protein, fat & carbohydrate metabolism[10] |
| Zinc (mg) | 1.97 | 0.42 | Important for immune function, growth & development[10] |
| Phosphorous (mg) | 229 | 101 | Important for bone formation, energy production & storage[10] |

**Nutrients Decreased in Nonfat Ultrafiltered Milk compared to Nonfat Milk**

| Nutrient per 100 g | Ultrafiltered Nonfat Milk | Nonfat Milk (USDA FDC ID: 171269) | Comments |
|---|---|---|---|
| Sodium (mg) | 14 | 42 | Important for blood pressure regulation[10]; Nutrient for which overconsumption carries substantial public health complications[11] |
| Sugar (g) | 1 | 5 | Americans should limit their added sugars (CDC); DGA committee (2020-2025) identified added sugars as a dietary component of public health concern for overconsumption, acknowledged that the "addition of sugars to foods or beverages provides energy, generally without contributing additional nutrient intake[12] |

(9) <u>The proposed label (or an accurate draft) to be used on the food to be market tested. The label shall conform in all respects to the general requirements of the act and shall provide a means whereby the consumer can distinguish between the food being tested and such food complying with the standard</u>

The proposed labels for the test food are attached below. Consumers can readily distinguish the test product from regular yogurt through the common or usual name of "ultrafiltered nonfat milk*" in the list of ingredient statement as well as the addition to the footnote of "*Ingredient not found in regular yogurt".

**Chobani.**

(10) <u>The period during which the applicant desires to introduce such food into interstate commerce, with a statement of the reasons supporting the need for such period. If a period longer than 15 months is requested, a detailed explanation of why a 15-month period is inadequate shall be provided</u>

We propose that the period of the TMP begin immediately upon FDA approval of this application and last for a period of period is for 15 months. This period is needed to ensure appropriate distribution of the test product throughout the region proposed in section (12) of this document and to conduct research to understand the consumer acceptance of the test products.

(11) <u>The probable amount of such food that will be distributed. The amount distributed should be limited to the smallest number of units reasonably required for a bona fide market test. Justification for the amount requested shall be included</u>

This permit provides the temporary marketing of a maximum of 150,000,000.00 lb (68,038,855.5kg) of the test products during the 15 months of the TMP. Justification for this amount is based on the projected consumer demand for the product over the TMP period.

(12) <u>The areas of distribution</u>

We propose to distribute the test products throughout the United States to test the acceptance of the products across all regions and consumer sociodemographic segments.

(13) <u>The address at which such food will be manufactured</u>

The test products will be manufactured at our facilities located at the following addresses:
3450 Kimberly Road E, Twin Falls, ID 83301 and 669 County Rd 25, New Berlin, NY 13411.

(14) <u>A statement of whether or not such food has been or is to be distributed in the State in which it was manufactured</u>

Yes, the test products will be distributed in New York and Idaho.

(15) <u>If it has not been or is not to be so distributed, a statement showing why</u>

Not applicable

(16) <u>If it has been or is to be so distributed, a statement of why it is deemed necessary to distribute such food in other States</u>

The test product is distributed in accordance with current consumer needs and Chobani business distribution plan where the product is marketed.

Thank you for your consideration of our TMP application. We're confident that the test products will be of value to consumers, providing a much-needed innovation in the yogurt category that helps increase consumption of dairy and the associated essential nutrients like high-quality protein, calcium, magnesium

and phosphorous, while aiding those who seek to avoid or decrease overall sugar intake and/or avoid lactose. We look forward to better understanding the acceptance and performance of this innovation in the marketplace. Please reach out with any questions or concerns.

Respectfully submitted,

Matthew Graziose, PhD
Director, Regulatory Compliance
Phone: (917) 475 9748
Email: Matthew.Graziose@chobani.com
200 Lafayette Street
New York, NY 10012

Zeina Jouni, PhD
Manager, Regulatory Compliance
Phone: (208) 732 1856
Email: Zeina.Jouni@chobani.com
3450 Kimberly Road E.
Twin Falls, ID 83301

CC:

Marjan Morravej M.Sc. CP-FS, Consumer Safety Officer
Office of Nutrition and Food Labeling, Center for Food Safety and Applied Nutrition, U.S. Food and Drug Administration

Daniel Reese, Team Leader, Product Evaluation and Labeling Team
Office of Nutrition and Food Labeling, Center for Food Safety and Applied Nutrition, U.S. Food and Drug Administration

**Chobani.**

**REFERENCES**

1.  Source: Nielsen, 52 wks ending 6/4/22
2.  Food and Drug Administration. *Guidance for Industry: Temporary Permits for Interstate Shipment of Experimental Packs of Food Varying from the Requirements of Definitions and Standards of Identity.* November, 2021.
3.  NCIMS Milk Safety Program. *M-I-08-7 Questions And Answers From The Southeast Regional Milk Seminar And FDA Training Courses Held In FY'07.* (May 7, 2008).
4.  U.S. Department of Agriculture and U.S. Department of Health and Human Services. Dietary Guidelines for Americans, 2020-2025.  9th Edition. December 2020. Available at DietaryGuidelines.gov.
5.  U.S. Department of Health and Human Services. Appendix E-3.6: Dairy Group and Alternatives, Accessed July 12, 2021. https://health.gov/our-work/food-nutrition/previous-dietary-guidelines/2015/advisoryreport/appendix-e-3/appendix-e-36
6.  Food and Drug Administration. Cottage Cheese Deviating From Identity Standard; Temporary Permit for Market Testing. 69 FR 71418 (December 9, 2004).
7.  Food and Drug Administration. Cheeses and Related Cheese Products; Proposal to Permit the Use of Ultrafiltered Milk. 70 FR 60751 (October 19, 2005).
8.  International Food Information Council. 2021 Food & Health Survey. 19 May 2021. https://foodinsight.org/2021-foodhealth-survey/
9.  National Institutes of Health, National Institute of Diabetes and Digestive and Kidney Diseases. Definition & Facts for Lactose Intolerance, Accessed July 12, 2021. https://www.niddk.nih.gov/healthinformation/digestive-diseases/lactose-intolerance/definition-facts
10. Food and Drug Administration. Interactive Nutrition Facts label. Retrieved from https://www.accessdata.fda.gov/scripts/interactivenutritionfactslabel/ March 2020.
11. Hodge JG Jr, Barraza LF. Legal Regulation of Sodium Consumption to Reduce Chronic Conditions. *Prev Chronic Dis* 2016;13:150545. DOI:http://dx.doi.org/10.5888/pcd13.150545
12. https://www.dietaryguidelines.gov/about-dietary-guidelines/related-projects/usda-hhs-response-national-academies-sciences-engineering.

**Chobani.**

**APPENDIX. Proposed Labels for the Test Products Deviating from the Yogurt Standard of Identity**





