# Exhibit 1

## Tagatose Letter



May 18, 2022

Karen Weikel, Ph.D.
Director of Nutrition Science
Bonumose LLC
1725 Discovery Drive
Suite 220
Charlottesville, Virginia 22911

Re: Docket No. FDA-2018-P-0874

Dear Dr. Weikel,

This responds to your citizen petition requesting that the Food and Drug Administration (FDA or we) amend 21 CFR § 101.9 to exempt D-tagatose from its classification as an added sugar on the Nutrition Facts Panel on foods and beverages (21 CFR § 101.9(c)(6)(iii)) and amend the regulation to include a voluntary labeling of D-tagatose, similar to that which is provided for sugar alcohols (21 CFR § 101.9(c)(6)(iv)). See Citizen Petition from Karen Weikel, PhD, Director of Nutrition Science, Bonumose LLC, dated April 18, 2018, submitted to the Division of Dockets Management, Food and Drug Administration ("petition")[1] at page 2.

In accordance with 21 CFR 10.30(e)(3), and for the reasons stated in section II of this response, we are denying your requests. However, at this time we would not object to the use of 1.5 calories per gram (kcal/g)[2] for D-tagatose when determining "Calories" on Nutrition and Supplement Facts labels.

I.      Background

Your petition asserts that:

1.  D-tagatose does not increase risk for chronic disease. Instead, it is associated with a number of positive health outcomes including an increase in glycemic control, reduction in risk for tooth decay, function as a prebiotic, and reduction in risk for cardiovascular disease (CVD).

---

[1] You submitted this petition as a replacement for Citizen Petition from Karen Weikel, PhD, Director of Nutrition Science, Bonumose LLC, dated February 22, 2018, submitted to the Division of Dockets Management, Food and Drug Administration. Both petitions are available in the docket (Docket No. FDA-2018-P-0874).

[2] Calories per gram or kilocalories per gram (kcal/g) has been defined as the amount of heat energy needed to raise the temperature of a kilogram of water 1°C (determined at 14.5°C to 15.5°C) and is the unit that has been traditionally used for expressing the energy value of foods.

**U.S. Food and Drug Administration**
**Center for Food Safety & Applied Nutrition**
**5001 Campus Drive**
**College Park, MD 20740**
**www.fda.gov**

**Exhibit 1**

Page 2 – Karen Weikel, Ph.D.

2. Inconsistent methodology has been used to define "added sugars" and regulate their labeling.
3. Classification of D-tagatose as an added sugar conflicts with FDA's rationale regarding the purpose of mandatory added sugar labeling.
4. Classification of D-tagatose as an added sugar is misrepresentative because there is no evidence supporting a link between D-tagatose and chronic disease.  It also results in an inaccurate label that could confuse consumers.
5. Classification of D-tagatose as an added sugar contradicts the spirit of recognized health claims.

Petition at page 2.  Your petition also provides data to support the claim that D-tagatose does not increase risk for chronic disease and is associated with positive health outcomes.

Our regulations, at 21 CFR 101.9(c)(6)(ii), define "Total Sugars" as the sum of all free mono-and disaccharides (such as glucose, fructose, lactose, and sucrose).  Our regulations, at § 101.9(c)(6)(iii), specify that "Added Sugars" are either added during the processing of foods, or are packaged as such, and include, among other things, sugars (free mono- and disaccharides).  Your petition notes that D-tagatose is a monosaccharide (petition at page 2).

In determining which sugars should be included in the definition of "Added Sugars" in our final rule titled "Food Labeling: Revision of the Nutrition and Supplement Facts Labels" (81 FR 33742, May 27, 2016) ("Nutrition Facts final rule"), we considered the presence of added sugars as a component of dietary intake and whether it was consistent with the concept of "empty calories" (id. at 33835).  The Scientific Report of the 2015 Dietary Guidelines Advisory Committee noted that sugars that are added to foods either by the consumer or by food manufacturers are referred to as "empty calories" because they provide calories, but few or no nutrients.[3]  We said in the preamble to the Nutrition Facts final rule that small amounts of added sugars that are contributed to the diet by a wide variety of foods can add up over the course of the day and can make it difficult for an individual to eat sufficient amounts of foods from the basic food groups to meet nutrient needs without exceeding the amount of calories they need in a day for weight maintenance.  Because added sugars are in such a wide variety of foods in the food supply, we said that consumers need to have information on the label so that they can consider the amount of added sugars in both foods that supply large amounts of added sugars as well as those that supply smaller amounts when constructing a healthy dietary pattern that contains less than 10 percent of calories from added sugars (81 FR 33742 at 33759).  We also noted that it would be extremely difficult for individuals consuming large amounts of empty calories from sugar-sweetened foods and beverages to be able to consume enough other components of a healthy dietary pattern (id. at 33807).  Current dietary recommendations include limiting the consumption of added sugars in the diet to less than 10 percent of calories per day

---

[3] See United States Department of Agriculture and HHS, Scientific Report of the 2015 Dietary Guidelines Advisory Committee, 2015, Part D.  "Chapter 1:  Food and Nutrient Intakes, and Health:  Current Status and Trends," pg. 69, available at https://health.gov/dietaryguidelines/2015-scientific-report/pdfs/scientific-report-of-the-2015-dietary-guidelines-advisory-committee.pdf.

**Exhibit 1**

Page 3 – Karen Weikel, Ph.D.

because, in part, a healthy dietary pattern within calorie limits is very difficult to achieve when added sugars in foods and beverages exceed that amount.[4]

D-tagatose is one of several sugars that are not metabolized by the body like other substances that are traditionally known as sugars. The sugars that many consumers are most familiar with ("traditional sugars"), such as sucrose, are associated with an increased risk of dental caries, have 4 calories per gram, and cause an increase in blood glucose and insulin levels after consumption. Some sugars, including D-tagatose, do not have all of the same effects in the body as traditional sugars.[5]

We have received multiple requests from industry to treat sugars that are metabolized differently than traditional sugars as distinct from traditional sugars for purposes of nutrition labeling. For example, on April 10, 2015, we received a citizen petition from Tate & Lyle Ingredients America LLC[6] requesting that we amend 21 CFR 101.9 to exempt allulose from being included as a carbohydrate, sugar, or added sugar on the Nutrition Facts label for foods and beverages. The citizen petition provided data and other information suggesting that allulose is different from other sugars in that it is not metabolized by the human body, has negligible calories (0.2 kcal/g or less), and does not contribute to increases in blood glucose or insulin levels. In part in response to this petition, in the *Federal Register* of October 19, 2020 (85 FR 66217), we announced the availability of a guidance titled "The Declaration of Allulose and Calories from Allulose on Nutrition and Supplement Facts Labels: Guidance for Industry" ("guidance"). Among other things, the guidance advises manufacturers of our intent to exercise enforcement discretion for the exclusion of allulose from the amount of "Total Sugars" and "Added Sugars" declared on the label, and for use of a general factor of 0.4 kcal/g for allulose when determining "Calories" on the Nutrition and Supplement Facts labels pending review of the issues in a rulemaking. Elsewhere in that edition of the *Federal Register*, we announced a request for information (RFI) on the kinds of sugars that are metabolized differently than traditional sugars and that are used in foods, any distinct physiological effects in the body caused by those sugars, and how we could require those sugars to be declared on and accounted for in food labeling (85 FR 66335).

Separately, our regulations, at § 101.9(c)(6)(iv), define sugar alcohols, in part, as the sum of saccharide derivatives in which a hydroxyl group replaces a ketone or aldehyde group (e.g., mannitol or sorbitol). Sugar alcohols are included in the declaration of Total Carbohydrate on

---

[4] See U.S. Department of Agriculture and U.S. Department of Health and Human Services. *Dietary Guidelines for Americans , 2020-2025*. 9th Edition. December 2020. Available at https://www.dietaryguidelines.gov/sites/default/files/2020-12/Dietary_Guidelines_for_Americans_2020-2025.pdf.

[5] We have recognized that D-tagatose, among other sweeteners, differs in some respects from traditional sugar. Our regulations, at 21 CFR 101.80(c)(2)(ii), permit products containing D-tagatose and certain other sweeteners to bear a health claim stating both that frequent between-meal consumption of foods high in sugars and starches can promote tooth decay, and that D-tagatose does not promote, may reduce the risk of, is useful in not promoting, or is expressly for not promoting dental caries.

[6] Citizen Petition from Susan M. Potter, Director, Scientific and Regulatory Affairs, Tate & Lyle, dated April 10, 2015, submitted to the Food and Drug Administration, Division of Dockets Management.

**Exhibit 1**

Page 4 – Karen Weikel, Ph.D.

the label but are not considered sugars under our food labeling regulations. In most cases, our regulations permit, but do not require, the declaration of sugar alcohols on Nutrition Facts labels.

II.      Responses to the Actions Requested in Your Petitions

      a.    Exempt D-tagatose from its classification as an added sugar on the Nutrition Facts Panel on foods and beverages

Your petition requests that we exempt D-tagatose from classification as an added sugar based on several points. First, you assert that D-tagatose is associated with numerous health benefits and does not share similar metabolic and physiologic characteristics with traditional sugars (petition at page 4). While we have recognized through our health claim for dietary noncariogenic carbohydrate sweeteners and dental caries that D-tagatose may reduce the risk of dental caries (21 CFR 101.80), as described below, the caloric contribution from D-tagatose was not relevant to that determination, but is the basis for our decision here.

Second, you assert that classification of D-tagatose as an added sugar conflicts with our rationale regarding the purpose of mandatory added sugar labeling (petition at page 4). We disagree. As previously noted, we have considered the presence of added sugars as a component of dietary intake and whether it contributes empty calories to the diet. Your petition states that the caloric contribution of D-tagatose is 1.5 kcal/g (petition at page 10), which is significantly higher than allulose. Your petition also refers to GRAS notices for D-tagatose (petition at page 13), which further describe use levels for D-tagatose in foods. Those use levels indicate that the amount of empty calories to the diet provided by D-tagatose could be significantly greater than the amount provided by, for example, allulose or non-nutritive sweeteners. As described above, we have stated that small amounts of added sugars can add up throughout the day and contribute to the diet in a way that makes it difficult to meet nutrient needs within calorie limits. Therefore, we disagree that classification of D-tagatose as an added sugar conflicts with our rationale regarding the purpose of mandatory added sugar labeling.

Further, we disagree that we have used inconsistent methodology to define "Added Sugars" and regulate their labeling. As a foundational matter, we do not have two different definitions of "sugar" on food and beverage packaging (petition at page 11). As provided in 21 CFR 101.4(a)(1), ingredients required to be declared on the label or labeling of a food must be listed by common or usual name. The common or usual name for an ingredient is the name established by common usage or by regulation (§ 102.5(d)). By regulation, "sugar" is the common or usual name for sucrose (§ 101.4(b)(20)). Meanwhile, our regulations, at § 101.9(c)(6)(ii), defined "sugars," and now define "Total Sugars," as the sum of all free mono- and disaccharides. We recognize that our regulations did not define "Added Sugars" before we published our Nutrition Facts final rule in 2016. However, with the finalization of that rule, our regulations, at § 101.9(c)(6)(iii), specify that "Added Sugars" are either added during the processing of foods, or are packaged as such, and include, among other things, sugars (free, mono and disaccharides). We explain the history of that decision in the preamble to the Nutrition Facts final rule (81 FR 33742 at 33799 through 33801). Furthermore, our regulations,

**Exhibit 1**

Page 5 – Karen Weikel, Ph.D.

at 21 CFR 101.60(c)(2), specify the conditions under which the terms "no added sugar," "without added sugar," and "no sugar added" may be used.

Since we received the 2015 allulose petition, we have received additional petitions and comments from stakeholders regarding the nutrition labeling of sugars that may be metabolized differently than traditional sugars. In response to the number of sugars that stakeholder comments and petitions claim have distinct characteristics from traditional sugars and to the wide scope of physiological and metabolic factors to consider, we requested more information on these types of sugars through our RFI. Based on the evidence that we have reviewed, these sugars are not necessarily identical such that we could consider treating them identically for purposes of nutrition labeling. For example, while allulose provides no more than 0.4 kcal/g (guidance at page 4), your petition states that D-tagatose provides approximately 1.5 kcal/g (petition at page 10). Because of this and the potential prevalence in the diet of D-tagatose, the total caloric contribution from sugars such as allulose and D-tagatose could differ significantly. Thus, while we issued an enforcement discretion guidance regarding allulose's inclusion in the Added Sugars declaration, we declined at that time to amend our regulations to exempt allulose from the Added Sugars declaration because we wanted to further consider the issue in a potential future rulemaking (guidance at page 9). We are not prepared to amend our regulations regarding the declaration of D-tagatose on Nutrition Facts labels at this time.

> b. Amend the regulation to include a voluntary labeling of D-tagatose, similar to that which is provided for sugar alcohols

As discussed above, sugar alcohols are not sugars under our food labeling regulations, and therefore are excluded from the "Total Sugars" and "Added Sugars" declarations. Your petition specifies two different ways you believe we could amend § 101.9(c) to allow for the voluntary declaration of information about the amount of D-tagatose in a serving of a product:

> Proposed addition #1: "D-tagatose (VOLUNTARY): A statement of the number of grams of D-tagatose in a serving may be declared voluntarily on the label, as a sub-section of 'Total Carbohydrate,' except that when a claim is made on the label or in labeling about D-tagatose or total sugars or added sugars when D-tagatose is present in the food, D-tagatose content shall be declared. For nutrition labeling purposes, D-tagatose is defined as a ketonic monosaccharide with beneficial physiological effects whose use in the food is generally recognized as safe. D-tagatose content shall be indented and expressed to the nearest gram, except that if a serving contains less than 1 gram, the statement 'Contains less than 1 gram' or 'less than 1 gram' may be used as an alternative, and if the serving contains less than 0.5 grams, the content may be expressed as zero." (Petition at page 27)

> Proposed addition #2: "Beneficial sugars (VOLUNTARY): A statement of the number of grams of beneficial sugars in a serving may be declared voluntarily on the label, as a sub-section of 'Total Carbohydrate,' except that when a claim is made on the label or in labeling about beneficial sugars or total sugars or added sugars when beneficial sugars

**Exhibit 1**

Page 6 – Karen Weikel, Ph.D.

are present in the food, beneficial sugar content shall be declared.  For nutrition labeling purposes, beneficial sugars are defined as ketonic monosaccharides with beneficial physiological effects whose use in the food is generally recognized as safe.  In lieu of the term 'beneficial sugars,' the name of the specific ketonic monosaccharides (e.g., 'D-tagatose,' 'D-allulose') present in the food may be used in the nutrition label.  Beneficial sugar content shall be indented and expressed to the nearest gram, except that if a serving contains less than 1 gram, the statement 'Contains less than 1 gram' or 'less than 1 gram' may be used as an alternative, and if the serving contains less than 0.5 grams, the content may be expressed as zero."  (Petition at pages 27-28)

Your petition also proposes the following amendment to allow for voluntary declaration if D-tagatose cannot be exempt from its classification as an added sugar:

Proposed addition #3: "Beneficial sugars (VOLUNTARY): Beneficial sugars, defined as ketonic monosaccharides with beneficial physiological effects whose use in the food is generally recognized as safe, may be listed separately on the Nutrition Facts Panel, as a sub-section of 'Added Sugars.'  In lieu of the term 'Beneficial sugars,' the name of the specific ketonic monosaccharides (e.g., 'D-tagatose,' 'D-allulose') present in the food may be used in the nutrition label.  Beneficial sugar content shall be indented and expressed to the nearest gram, except that if a serving contains less than 1 gram, the statement 'Contains less than 1 gram' or 'less than 1 gram' may be used as an alternative, and if the serving contains less than 0.5 grams, the content may be expressed as zero." (Petition at page 28)

We decline to amend our regulations to allow for the voluntary declaration of the number of grams of D-tagatose as a subsection of Total Carbohydrate (i.e., as a separate line beneath Total Carbohydrate on the label).  As stated above, we find that D-tagatose is properly declared as part of Added Sugars on the label.  Further, there are many sugars that are metabolized differently or have different effects in the body than other sugars.  Declaration of individual sugars could result in clutter on the label. Clutter from the individual declaration of many types of sugars could make it difficult for consumers to determine how to use the label to make dietary choices and would not necessarily assist consumers in maintaining healthy dietary practices.

We also decline to amend our regulations to allow for the voluntary declaration of "beneficial sugars," which your petition defines as ketonic monosaccharides with beneficial physiological effects, whether as a subsection of Total Carbohydrate or as a subsection of Added Sugars (i.e., as a separate line beneath Added Sugars on the label).  As described above, we find that D-tagatose is properly captured in the Added Sugars declaration.  Additionally, based on the information we have available to us, there may be some sugars that are metabolized differently than traditional sugars that are not ketonic monosaccharides.  Therefore, defining a class of carbohydrates in that manner may exclude some sugars metabolized differently than traditional sugars.

**Exhibit 1**

Page 7 – Karen Weikel, Ph.D.

III.     Conclusion

For the reasons stated in section II of this response, we are denying your requests.  However, we would not object to the use of 1.5 kcal/g for D-tagatose when determining "Calories" on Nutrition and Supplement Facts labels at this time.

Sincerely yours,

Claudine J. Kavanaugh -S

Digitally signed by
Claudine J. Kavanaugh -S
Date: 2022.05.17 16:57:23
-04'00'

Claudine Kavanaugh, Ph.D., MPH, RD
Director
Office of Nutrition
    and Food Labeling
Center for Food Safety
    and Applied Nutrition

**Exhibit 1**