# Reply Exhibit 1

| | |
|---|---|
| **From:** | Matthew Graziose |
| **To:** | Morravej, Marjan |
| **Cc:** | Reese, Daniel; Zeina Jouni |
| **Subject:** | Re: [External] Yogurt TMP Application |
| **Date:** | Thursday, January 19, 2023 2:57:54 PM |
| **Attachments:** | image002.png |
| | image008.png |
| | Chobani Temporary Marketing Perimt for Zero Sugar products -July 22-2022-updated Jan-19-23.pdf |

Great catch – see revised, thanks again. I guess I don't even know what year I'm in anymore !

**From:** Morravej, Marjan <Marjan.Morravej@fda.hhs.gov>

**Date:** Thursday, January 19, 2023 at 2:51 PM

**To:** Matthew Graziose <Matthew.Graziose@chobani.com>

**Cc:** Reese, Daniel <Daniel.Reese@fda.hhs.gov>, Zeina Jouni <Zeina.Jouni@chobani.com>

**Subject:** RE: [External] Yogurt TMP Application



Matt, I believe that there is a typo in the revised application. Would you please correct the date? It should be January 19, 2023 instead of 2022
Thanks.
mm

**From:** Matthew Graziose <Matthew.Graziose@chobani.com>

**Sent:** Thursday, January 19, 2023 1:22 PM

**To:** Morravej, Marjan <Marjan.Morravej@fda.hhs.gov>

**Cc:** Reese, Daniel <Daniel.Reese@fda.hhs.gov>; Zeina Jouni <Zeina.Jouni@chobani.com>

**Subject:** Re: [External] Yogurt TMP Application

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon, Dan and Marjan,

I trust all is well. Thanks again for all the support and collaboration in our TMP application.

We are submitting a revision to the TMP application and proposed product labels following your feedback below and our phone conversations. Please find the attachment to this email. Specifically, and for ease of tracking, the application includes the following revisions:

- Replaces the words "ultrafiltered skim milk" with "ultrafiltered nonfat milk"
- Includes revised product labels with the following changes:
  - Includes "NET WT." prior to the net quantity declaration on the PDP
  - Includes a dagger symbol (†) following the allulose ingredient, linking to disclosure "†Includes a dietarily insignificant amount of sugar."

Furthermore, we acknowledge the requirements noted by the Division of Nutrition Programs in their label review regarding "no lactose" and "0 lactose", as well as those for the name and address of the manufacturer.

Thanks again for your continued efforts in making our application a priority. We appreciate you keeping us apprised of the anticipated timeline for publication of the Federal Register notice of the TMP application approval.

Matt

**Matthew Graziose, PhD**
Director, Regulatory Compliance
т (917) 475 9748
c (516) 810 6814
200 Lafayette Street
New York, NY 10012

chobani.com



*This email may contain privileged or confidential information. If you are not the intended recipient of this e-mail, please delete it from your system and advise the sender immediately. Chobani accepts no liability for any damage caused by any virus transmitted by this email, or for errors or omissions in content.*

---

**From:** Morravej, Marjan <Marjan.Morravej@fda.hhs.gov>
**Date:** Wednesday, January 11, 2023 at 2:41 PM
**To:** Matthew Graziose <Matthew.Graziose@chobani.com>
**Cc:** Reese, Daniel <Daniel.Reese@fda.hhs.gov>
**Subject:** [External] Yogurt TMP Application



Dear Matt,

Upon the label review we have noticed the followings that need your attention. We will proceed with your application, once we receive the revised labels.

- The term "net weight" is not included in the net quantity of contents statement as required by 21 CFR 101.7(j)(3).

- We note that the labels bear a "no sugar" nutrient content claim. In accordance with 21 CFR 101.60(c)(1)(ii), this claim can be used if the food contains no ingredient that is a sugar or that is generally understood by consumers to contain sugars unless the listing of the ingredient in the ingredient statement is followed by an asterisk that refers to the statement below the list of ingredients, which states "adds a trivial amount of sugar," "adds a negligible amount of sugar," or "adds a dietarily insignificant amount of sugar." The labels currently have a symbol for the skim milk ingredient linking to the statement "Includes a dietarily insignificant amount of sugar." However, the allulose ingredient is not linked to the same statement and needs to be linked.

- The labels bear the claims "No Lactose" and "0 Lactose." Under Title 21 of the Code of Federal Regulations (21 CFR), section 101.65(b)(1), we provide for claims that a specific ingredient or food component is absent from a product (known as avoidance claims), provided that the purpose of such claim is to facilitate avoidance of the substances because, e.g., of a food intolerance. As such, we would expect that in a product labeled with such claims that there would be absolutely no lactose in the product.

- The name and address of the manufacturer must be declared (including the full street address; however, the street address may be omitted if it is shown in a current city directory or telephone directory, in accordance with (21 CFR) 101.5(d)). Please confirm as to whether or not Chobani street address is listed under the current city directory.

Please feel free to contact us if you have any questions.

Thank you,

Marjan Morravej M.Sc. CP-FS (she/her)
Consumer Safety Officer

Office of Nutrition and Food Labeling
Center for Food Safety and Applied Nutrition
U.S. Food and Drug Administration
Direct: 240-402-1439
Marjan.morravej@fda.hhs.gov



*The difference between the 'POSSIBLE' and the 'IMPOSSIBLE', lies in a person's determination. [Tommy Lasorda]*