# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jason Franco, et al.
                        Plaintiff,

v.                                              Case No.: 1:23−cv−03047
                                                Honorable John J. Tharp Jr.

Chobani, LLC
                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 6, 2023:

    MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiffs' Fed. R. Evid. 201(e) objection to request for judicial notice and request to be heard [30] is taken under advisement. Any response by the defendant is due by 12/4/23. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.